# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-681-FDW

| | |
|---|---|
| TIMOTHY S. GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COCA COLA BOTTLING ) | **ORDER** |
| CONSOLIDATED COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on initial review of pro se Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915(e). (Doc. No. 5). On January 17, 2019, the Court granted Plaintiff's in forma pauperis application, but ordered Plaintiff to file an Amended Complaint. (Doc. No. 4). Plaintiff filed his Amended Complaint on February 6, 2019. (Doc. No. 5). The Amended Complaint sufficiently states a non-frivolous claim for a violation of the Americans with Disabilities Act. 42 U.S.C. § 12101 et seq.

**IT IS, THEREFORE, ORDERED** that:

1. The U.S. Marshal shall effectuate service on Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure. The U.S. Marshal shall use the information provided in the summons form attached to Plaintiff's Complaint. (Doc. No. 1-1).

Signed: April 22, 2019



Max O. Cogburn Jr.
United States District Judge