UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-681-FDW

| | |
|---|---|
| TIMOTHY S. GILL, pro se, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COCA COLA BOTTLING ) | **ORDER** |
| CONSOLIDATED COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's pro se Motion for Default Judgment. (Doc. No. 30). Defendant has filed a response opposing the motion.

Plaintiff's motion is **DENIED** for two reasons. First, Plaintiff has not moved for entry of default by the Clerk's office—a prerequisite to filing for default judgment with the Court. In any event, Defendant has appeared to defend the claim. Thus, default judgment is not appropriate.

**IT IS SO ORDERED.**

Signed: November 9, 2020

Max O. Cogburn Jr.
United States District Judge

1